# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2019

## NO. 03-18-00510-CV

**Joe Behrens, Appellant**

**v.**

**WTG Gas Transmission Company, Appellee**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on April 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2019

## NO. 03-18-00511-CV

**Earl Behrens and Grace Behrens, Appellants**

**v.**

**WTG Gas Transmission Company, Appellee**

## APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on April 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.